UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

        Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 22 Civ. 9722 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, March 28, 2023, a telephonic status conference will be held on **Tuesday, August 22, 2023 at 10:00 a.m.**, on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            March 28, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**