UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

        Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 22 Civ. 9722 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephone status conference held today, August 22, 2023, the parties represented that discovery is complete and that they wish to meet and confer to discuss whether they intend to engage in settlement discussions or proceed directly to dispositive motion practice before the Honorable Andrew L. Carter, Jr. Accordingly, by **September 29, 2023**, the parties shall file a joint letter indicating whether they intend to (i) pursue settlement and, if so, whether they request a referral to the Court's Mediation Program, a settlement conference with the Court, or intend to participate in the mediation of the underlying action, or (ii) proceed directly to dispositive motion practice before Judge Carter.

Dated:    New York, New York
             August 22, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**