February 23, 2024

**VIA ECOURTS**

The Honorable Sarah L. Cave
Magistrate Judge
U.S. District Court
Southern District of New York
Thurgood Marshall
United States Court House
40 Foley Square
New York, NY 10007

> Defendant's request (ECF No. 31) to adjourn the telephone conference scheduled for February 27, 2024 is DENIED.
>
> The Clerk of Court is respectfully directed to close ECF No. 31.
>
> SO ORDERED    2/23/2024
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *The Travelers Indemnity Co. of America v. Selective Insurance Co. of America*
        Case No.:  1:22-cv-9722-ALC-SLC

Dear Judge Cave:

This office represents Selective Insurance Co. of America ("Selective") in connection with the above referenced matter. Selective requests a three (3) week adjournment of the February 27, 2024 status conference. This short adjournment would provide Selective with additional time to determine the status of the underlying matter. There have been no prior extensions. Counsel for Plaintiff has not consented to this request.

Should Your Honor have any concerns, please do not hesitate to contact me.

Respectfully Submitted,

*Jessica L. Gross*

Jessica L. Gross, Esq.
KENNEDYS CMK LLP

Kennedys is a trading name of Kennedys CMK LLP. Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:*  Argentina, Australia, Belgium, Bermuda, Brazil, Chile, China, Colombia, Denmark, Dominican Republic, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Russian Federation, Scotland, Singapore, Spain, Sweden, Thailand, United Arab Emirates, United States of America.