UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

        Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO. 22 Civ. 9722 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on March 13, 2024, the briefing of Plaintiff's motion for summary judgment (the "Motion") and Defendant's cross-motion for summary judgment (the "Cross-Motion") shall proceed as follows:

1. By **April 12, 2024**, Plaintiff shall file the Motion.

2. By **May 13, 2024**, Defendant shall file (i) its opposition to the Motion and (ii) the Cross-Motion, if any.

3. By **May 28, 2024**, Plaintiff shall file (i) its reply and (ii) if appropriate, its opposition to the Cross-Motion.

4. If Defendant files the Cross-Motion, then it shall file its reply by **June 12, 2024**.

Dated:    New York, New York
           March 14, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**