UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF
AMERICA,

                          Plaintiff,

           -v-                                                    CIVIL ACTION NO. 22 Civ. 9722 (ALC) (SLC)

                                                                 **ORDER**

SELECTIVE INSURANCE COMPANY OF AMERICA,

                          Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request at ECF No. 42 is GRANTED, and the Court orders as follows:

1. The settlement conference scheduled for May 16, 2024 is ADJOURNED to
**Wednesday, May 29, 2024 at 2:30 pm** and will take place in person, in Courtroom
18A, 500 Pearl Street, New York, New York. The Court's Standing Order Applicable to
Settlement Conferences Before Magistrate Judge Cave (ECF No. 35 at 4–6) remains in
effect. The submissions required by paragraph 4 of the Standing Order shall be
emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing
counsel by **May 23, 2024**. The parties are reminded to include the Attendance
Acknowledgement form annexed to the Standing Order (id. at 7).

2. The remaining briefing of Plaintiff's motion for summary judgment (ECF No. 36
(the "Motion")) and Defendant's cross-motion for summary judgment (the "Cross-
Motion"), if any, shall proceed as follows:

   a. By **May 22, 2024**, Defendant shall file (i) its opposition to the Motion and (ii)
   the Cross-Motion, if any.

b.  By **June 5, 2024**, Plaintiff shall file (i) its reply and (ii) if appropriate, its opposition to the Cross-Motion.

c.  If Defendant files the Cross-Motion, then it shall file its reply by **June 20, 2024**.

The Clerk of Court is respectfully directed to close ECF No. 42.

Dated:      New York, New York
            May 3, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**