USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

                    Plaintiff,

-against-

SELECTIVE INSURANCE COMPANY OF AMERICA,

                    Defendant.

22-CV-09722

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on June 13, 2024, the Court orders the following:

- **July 10, 2024:** Plaintiffs are to file a status report informing the Court of the pendency of this action.

**SO ORDERED.**

**Dated:  June 13, 2024**
       New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**