UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

        Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 22 Civ. 9722 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, October 3, 2024, at 12:00 pm** on the Court's conference line to discuss the status of the parties' settlement discussions. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            September 6, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge