UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

        Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 22 Civ. 9722 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephone conference held today, October 3, 2024, it is ORDERED that on or before **November 4, 2024**, the parties shall submit a joint status letter.

Dated:    New York, New York
            October 3, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**