UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

          Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

          Defendant.

CIVIL ACTION NO.: 22 Civ. 9722 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Tuesday, December 3, 2024 at 11:00 am** on the Court's Teams platform to discuss the status of the parties' settlement discussions. The parties are directed to call: (646) 453-4443; access code: 693321378#, at the scheduled time.

Dated:     New York, New York
            November 6, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge