UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

                Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 9722 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, January 15, 2025, a telephone conference is scheduled for **Wednesday, March 19, 2025 at 4:00 pm** on the Court's Microsoft Teams platform to discuss the status of the parties' settlement discussions. The parties are directed to call: (646) 453-4442; phone conference ID: 285 415 630#, at the scheduled time.

Dated:     New York, New York
           January 15, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge