UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

        Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 22 Civ. 9722 (ALC) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' anticipated filing of a stipulation of voluntary dismissal, the telephone status conference set for today, March 19, 2025, is **CANCELLED**. (See ECF No. 64).

Dated:    New York, New York
            March 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**